UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON J. BLUEFORD,<br><br>    Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 22-cv-02039-JSC<br><br>**ORDER OF DISMISSAL** |

On March 30, 2022, the Clerk opened this matter based upon a letter from Plaintiff complaining about the conditions of his confinement at the California Medical Facility. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"), and that he must file his claims in a Complaint. The Clerk mailed Plaintiff the Court's IFP application and form Complaint along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notices informed him that the case would be dismissed if he did not file a Complaint and either pay the filing fee or file a completed IFP application within 28 days. No response has been received. As Plaintiff has not filed a Complaint, paid the filing fee, or completed an IFP application, and he has not shown cause why not, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 18, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge